**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brandon Isaiah Dilts                          CHAPTER 13
          Hasna Jennifer Dilts
                        Debtor(s)                    BKY. NO. 24-13898 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ *Denise Carlon*
                                              Denise Carlon
                                              08 Nov 2024, 13:04:34, EST

                         KML Law Group, P.C.
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106-1532
                         (215) 627-1322