Certificate Number: 17082-PAE-DE-039128914

Bankruptcy Case Number: 24-13898



17082-PAE-DE-039128914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2024, at 9:08 o'clock AM MST, BRANDON I DILTS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 5, 2024            By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director