Certificate Number: 17082-PAE-DE-039128913

Bankruptcy Case Number: 24-13898



17082-PAE-DE-039128913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 5, 2024, at 9:08 o'clock AM MST, HASNA J DILTS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 5, 2024               By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director