**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 24-13898** |
| **Brandon Isaiah Dilts** : | **Chapter 13** |
| **Hasna Jennifer Dilts** : | **Judge Patricia M. Mayer** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for JPMorgan Chase Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                    Respectfully submitted,

                                                    /s/ Adam B. Hall

Stephen R. Franks, Esquire (333394)
Adam B. Hall (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@mdklegal.com

25-000114_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 24-13898 |
| **Brandon Isaiah Dilts** | : Chapter 13 |
| **Hasna Jennifer Dilts** | : Judge Patricia M. Mayer |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

CHARLES LAPUTKA, Attorney for Brandon Isaiah Dilts and Hasna Jennifer Dilts, claputka@laputkalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Brandon Isaiah Dilts and Hasna Jennifer Dilts, 726 Sylvia Ave, Ellendale, DE  19941

/s/ Adam B. Hall

25-000114_PS