UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  | Chapter 13
Brandon Isaiah Dilts | Bankruptcy No.24-13898-PMM
Hasna Jennifer Dilts |

Debtors

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 26th day of February, 2025, by first class mail upon those listed below:

Brandon Isaiah Dilts
Hasna Jennifer Dilts
726 Sylvia Ave
Ellendale, DE  19941

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee