United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Brandon Isaiah Dilts  
Hasna Jennifer Dilts  
    Debtors

Case No. 24-13898-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 155 | Total Noticed: 48 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brandon Isaiah Dilts, Hasna Jennifer Dilts, 726 Sylvia Ave, Ellendale, DE 19941-2003 |
| 14941518 | + | Ingram Village Investments LLC, 726 Sylvia Ave, Ellendale, DE 19941-2003 |
| 14945137 | + | M&T BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14941525 | + | Pick & Roll Transportation CO LLC, 1253 Russell Ave, Bethlehem, PA 18015-4011 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14974649 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 18 2025 00:50:32 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 14941508 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2025 00:50:20 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14941507 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2025 00:50:19 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 14959091 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2025 00:50:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14941509 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2025 00:40:00 | Bank of America, 4060 Ogletown/Stanton Rd, Newark, DE 19714 |
| 14965717 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2025 00:40:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14941510 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2025 00:50:27 | Best Buy/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 14941511 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2025 00:50:27 | BestBuy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14941512 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2025 00:50:33 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14941513 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2025 00:50:33 | Chase, PO Box 6294, Carol Stream, IL 60197-6294 |
| 14941514 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2025 00:50:19 | Chase/Amazon, Po Box 15123, Wilmington, DE 19850-5123 |
| 14941515 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2025 00:50:27 | CitiCards CBNA, 5800 South Corporate Place - Mail Code 2, Sioux Falls, SD 57108-5027 |
| 14964983 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2025 00:50:19 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14941517 | | Email/Text: mrdiscen@discover.com | Jul 18 2025 00:40:00 | Discover Bank, PO Box 15316, Wilmington, DE |

Case 24-13898-pmm   Doc 30   Filed 07/19/25   Entered 07/20/25 00:41:18   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 155 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | 19850 |
| 14966319 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 18 2025 00:40:00 | Discover Bank, Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 14941516 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 18 2025 00:50:19 | Dept of Ed/Aidvantage, 1891 Metro Center Road, Reston, VA 20190-5287 |
| 14945998 | | Email/Text: mrdiscen@discover.com | Jul 18 2025 00:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14943293 | + | Email/Text: EBN@brockandscott.com | Jul 18 2025 00:40:00 | Discover Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14941519 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2025 00:50:19 | JPMCB - Auto Finance, 301 N Walnut St - Floor 9, Wilmington, DE 19801-3971 |
| 14941520 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2025 00:50:36 | JPMCB Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 14941521 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2025 00:50:24 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14965952 | | Email/Text: amps@manleydeas.com | Jul 18 2025 00:40:00 | JPMorgan Chase Bank, C/O Stephen R. Franks, MDK Legal, PO BOX 165028, Columbus, OH 43216-5028 |
| 14965180 | | Email/Text: amps@manleydeas.com | Jul 18 2025 00:40:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14965725 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2025 00:50:20 | JPMorgan Chase Bank, N.A., National Bank Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14959956 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 18 2025 00:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14949940 | + | Email/Text: RASEBN@raslg.com | Jul 18 2025 00:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14941522 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2025 00:50:19 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14964982 | | Email/Text: camanagement@mtb.com | Jul 18 2025 00:41:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14944660 | ^ | MEBN | Jul 18 2025 00:38:53 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14941523 | + | Email/Text: camanagement@mtb.com | Jul 18 2025 00:41:00 | M&T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 14941524 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2025 00:50:27 | Macys/DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14941527 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 00:40:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 14941526 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 00:40:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14964864 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 18 2025 00:40:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14959204 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2025 00:50:25 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14941529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 18 2025 00:50:32 | SYNCB/Ashley Home Stores, PO Box 71757, Philadelphia, PA 19176-1757 |
| 14941528 | ^ | MEBN | Jul 18 2025 00:38:58 | St Lukes, PO Box 604152, Charlotte, NC |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: 155 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| | | | | 28260-4152 |
| 14941530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jul 18 2025 00:50:34 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14941531 | + | Email/Text: ldoering@transportfunding.com | | |
| | | | Jul 18 2025 00:41:00 | Transport Funding LLC, 8717 West 110th St - Ste 700, Overland Park, KS 66210-2127 |
| 14941532 | + | Email/Text: LCI@upstart.com | | |
| | | | Jul 18 2025 00:40:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 14943848 | ^ | MEBN | | |
| | | | Jul 18 2025 00:38:51 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14966673 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jul 18 2025 00:50:20 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14956292 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Jul 18 2025 00:50:20 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14941533 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | | Jul 18 2025 00:50:20 | Wells Fargo Card Services, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com |
| CHARLES LAPUTKA | |
| | on behalf of Joint Debtor Hasna Jennifer Dilts claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | |
| | on behalf of Debtor Brandon Isaiah Dilts claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| MARIO J. HANYON | |
| | on behalf of Creditor Discover Bank wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 17, 2025 | Form ID: 155 | Total Noticed: 48 |

        ECFMail@ReadingCh13.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Brandon Isaiah Dilts )<br>)<br>)<br>   Hasna Jennifer Dilts )<br>)<br>   Debtor(s). ) | Case No. 24−13898−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 17, 2025                                                                                                         For The Court

                                                                                                                                         Patricia M. Mayer
                                                                                                                                        Judge, United States Bankruptcy Court