Office Mailing Address:                                                      Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                          P.O. Box 680
Reading, PA  19606                                                           Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-13898-PMM**

Brandon Isaiah Dilts                                        Petition Filed Date: 10/30/2024
Hasna Jennifer Dilts                                        341 Hearing Date: 12/10/2024
726 Sylvia Ave                                              Confirmation Date: 07/17/2025
Ellendale  DE     19941

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 12/03/2024 | $1,610.00 | | 01/03/2025 | $1,610.00 | | 02/03/2025 | $1,610.00 | |
| 03/04/2025 | $1,610.00 | | 04/01/2025 | $1,610.00 | | 05/02/2025 | $1,610.00 | |
| 06/03/2025 | $1,610.00 | | 07/02/2025 | $1,610.00 | | | | |

**Total Receipts for the Period:  $12,880.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,490.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $44,583.94 | $3,193.90 | $41,390.04 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,330.49 | $166.95 | $2,163.54 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,290.99 | $92.48 | $1,198.51 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $8,191.72 | $586.84 | $7,604.88 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $3,889.36 | $278.63 | $3,610.73 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,432.75 | $460.83 | $5,971.92 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $133.47 | $0.00 | $133.47 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» 008 | Unsecured Creditors | $940.52 | $67.38 | $873.14 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $6,538.38 | $468.40 | $6,069.98 |
| 10 | RESURGENT RECEIVABLES, LLC<br>»» 010 | Unsecured Creditors | $8,342.65 | $597.65 | $7,745.00 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $10,906.82 | $781.34 | $10,125.48 |
| 12 | CITIBANK NA<br>»» 012 | Unsecured Creditors | $684.19 | $49.01 | $635.18 |
| 13 | CITIBANK NA<br>»» 013 | Unsecured Creditors | $559.44 | $40.08 | $519.36 |
| 14 | M&T BANK<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK<br>»» 015 | Unsecured Creditors | $12,627.67 | $904.62 | $11,723.05 |

**Chapter 13 Case No. 24-13898-PMM**

| 16 | BANK OF AMERICA NA<br>»» 016 | Unsecured Creditors | $9,155.09 | $655.85 | $8,499.24 |
|---|---|---|---|---|---|
| 17 | CHASE AUTO<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | RESURGENT RECEIVABLES, LLC<br>»» 018 | Unsecured Creditors | $6,152.47 | $440.75 | $5,711.72 |
| 19 | RESURGENT RECEIVABLES, LLC<br>»» 019 | Unsecured Creditors | $9,609.82 | $688.43 | $8,921.39 |
| 20 | DISCOVER BANK<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AMERICAN INFOSOURCE LP<br>»» 021 | Unsecured Creditors | $655.68 | $46.97 | $608.71 |
| 22 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,490.00 | Current Monthly Payment: | $1,607.00 |
| Paid to Claims: | $13,458.11 | Arrearages: | ($27.00) |
| Paid to Trustee: | $1,022.35 | Total Plan Base: | $96,420.00 |
| Funds on Hand: | $9.54 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.