Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Brandon Isaiah Dilts
Hasna Jennifer Dilts
726 Sylvia Ave
Ellendale, DE 19941

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-13898-PMM**

Petition Filed Date: 10/30/2024
341 Hearing Date: 12/10/2024
Confirmation Date: 07/17/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $1,610.00 | | 09/02/2025 | $1,610.00 | | 10/02/2025 | $1,610.00 | |
| 11/03/2025 | $1,610.00 | | 12/03/2025 | $1,610.00 | | 01/05/2026 | $1,610.00 | |
| 02/02/2026 | $1,610.00 | | 03/04/2026 | $1,610.00 | | 04/01/2026 | $1,610.00 | |
| 05/04/2026 | $1,610.00 | | 06/02/2026 | $1,610.00 | | 07/02/2026 | $1,610.00 | |

**Total Receipts for the Period: $19,320.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $33,810.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $3,938.00 | $3,938.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $44,583.94 | $9,182.35 | $35,401.59 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,330.49 | $479.93 | $1,850.56 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,290.99 | $265.87 | $1,025.12 |
| 4 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $8,191.72 | $1,687.14 | $6,504.58 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 005 | Unsecured Creditors | $3,889.36 | $801.06 | $3,088.30 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,432.75 | $1,324.86 | $5,107.89 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $133.47 | $15.56 | $117.91 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» 008 | Unsecured Creditors | $940.52 | $193.75 | $746.77 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 009 | Unsecured Creditors | $6,538.38 | $1,346.62 | $5,191.76 |
| 10 | RESURGENT RECEIVABLES, LLC<br>»» 010 | Unsecured Creditors | $8,342.65 | $1,718.27 | $6,624.38 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $10,906.82 | $2,246.32 | $8,660.50 |
| 12 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 012 | Unsecured Creditors | $684.19 | $140.88 | $543.31 |

**Chapter 13 Case No. 24-13898-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 013 | Unsecured Creditors | $559.44 | $115.23 | $444.21 |
| 14 | M&T BANK<br>»» 014 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PNC BANK<br>»» 015 | Unsecured Creditors | $12,627.67 | $2,600.76 | $10,026.91 |
| 16 | BANK OF AMERICA NA<br>»» 016 | Unsecured Creditors | $9,155.09 | $1,885.53 | $7,269.56 |
| 17 | JP MORGAN CHASE<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | RESURGENT RECEIVABLES, LLC<br>»» 018 | Unsecured Creditors | $6,152.47 | $1,267.15 | $4,885.32 |
| 19 | RESURGENT RECEIVABLES, LLC<br>»» 019 | Unsecured Creditors | $9,609.82 | $1,979.19 | $7,630.63 |
| 20 | JP MORGAN CHASE BANK NA<br>»» 020 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AMERICAN INFOSOURCE LP<br>»» 021 | Unsecured Creditors | $655.68 | $135.02 | $520.66 |
| 22 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 022 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,810.00 | Current Monthly Payment: | $1,607.00 |
| Paid to Claims: | $31,323.49 | Arrearages: | ($63.00) |
| Paid to Trustee: | $2,474.57 | Total Plan Base: | $96,420.00 |
| Funds on Hand: | $11.94 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.